JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amelia Alvarenga,<br><br>           Plaintiff,<br><br>     v.<br><br>International Mortgage Co.,<br>Inc., et al,<br><br>           Defendants. | CV 08-3062-RSWL (AGRx)<br><br>Judgment |

   On March 26, 2009, the Court granted Defendant GE Money Bank dba WMC Mortgage Corp.'s Motion for Judgment on the Pleadings.  Based on this ruling:

   **IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing against Defendant GE Money Bank dba WMC Mortgage Corp., that the action be dismissed on the merits and that defendant GE Money Bank dba WMC Mortgage Corp. recover its costs.

///
///
///

1

Plaintiff's objections are overruled and leave to amend is not granted.

**IT IS SO ORDERED.**

RONALD S.W. LEW
---
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: April 21, 2009