ERIC D. HOUSER (SBN 130079)
ROBERT W. NORMAN, JR. (SBN 232470)
CHARLES TONY PICCUTA (SBN 258333)
HOUSER & ALLISON, APC
9970 Research Drive
Irvine, California 92618
Telephone:  (949) 679-1111
Facsimile:(949) 679-1112
ehouser@houser-law.com
bnorman@houser-law.com
ctpiccuta@houser-law.com

JS - 6

Attorneys for Defendant
Deutsche Bank National Trust Company, as Trustee, under Pooling and Servicing Agreement dated as of December 1, 2006  Securitized Asset Backed Receivables LLC Trust 2006-WM4 Mortgage Pass-Through Certificates, Series 2006-WM4, erroneously sued as HOMEQ SERVICING, a California corporation.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AMELIA ALVARENGA, | Case No: CV08-03062 RSWL (AGRx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| INTERNATIONAL MORTGAGE COMPANY, INC., a California corporation; JOSE SELVA, an individual, GE MONEY BANK dba WMC MORTGAGE CORP., a California corporation; HOMEQ SERVICING, a California corporation; CYNTHIA ROSALES, an individual; and DOES 1-25, inclusive, | |
| Defendants. | |

1

2
3   The Court, the Honorable Ronald S.W. Lew, District Judge, presiding, took

4   a Motion for Judgment on the Pleadings under submission in this action, and the

5
6   arguments and pleadings presented having been fully considered, granted that

7   motion by a ruling issued on March 26, 2009. Based on this ruling:

8   **IT IS SO ORDERED AND ADJUDGED** that the plaintiff take nothing

9   against Defendant Deutsche Bank National Trust Company, as Trustee, under

10  Pooling and Servicing Agreement dated as of December 1, 2006 Securitized Asset

11  Backed Receivables LLC Trust 2006-WM4 Mortgage Pass-Through Certificates,

12  Series 2006-WM4, erroneously sued as HOMEQ SERVICING, a California

13  corporation, that the action be dismissed on the merits and that Defendant recover

14  its costs.

15

16
17  Dated: April 28, 2009

18  _____
19  The Honorable Ronald S. W. Lew
    Senior, U.S. District Court Judge

20

21

22

23

24

25

26

27

28